

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00353-CR

TUNG THANH NGUYEN                                                  APPELLANT

V.

THE STATE OF TEXAS                                                       STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 1367269D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Tung Thanh Nguyen attempts to appeal from the trial court's August 22, 2014 judgment convicting him of possession of a controlled substance of less than one gram, namely methamphetamine, and sentencing him to 180 days' confinement in state jail pursuant to a plea agreement. Appellant filed a pro se notice of appeal on August 28, 2014.

---
[1]See Tex. R. App. P. 47.4.

The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." Accordingly, we informed Appellant and his appointed counsel by letter on September 8, 2014, that this case was subject to dismissal unless he or any party showed grounds for continuing the appeal on or before September 18, 2014. *See* Tex. R. App. P 25.2(a)(2), (d). We received no response. We therefore dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 23, 2014

2